UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRANDON L. TWILLIE                         CIVIL ACTION

versus                                     NO. 12-1421

STEVE RADER, WARDEN                        SECTION: "N" (3)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on September 4, 2012 (Rec. Doc. No. 12), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Brandon L. Twillie** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE